UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-22532-CIV-JORDAN/MCALILEY

MERCEDES BRAVO, individually and as the parent of
MANOLY P. BRAVO, MALINA BRAVO, and
MASON BRAVO, and HOUSING OPPORTUNITIES
PROJECT FOR EXCELLENCE, INC.,

Plaintiffs,

vs.

EDEN ISLES CONDOMINIUMS, INC. and JONATHON
MARKS,

Defendants.
_____/

## ORDER ON PLAINTIFFS' MOTION TO COMPEL AND FOR SANCTIONS

The Court held a discovery conference on Plaintiff Mercedes Bravo Motion to Compel and for Sanctions [D.E. 36] on June 2, 2010. The Court has considered the record, as well as the arguments of counsel during the discovery conference. Therefore, for the reasons stated at the conference, which are incorporated in this Order, the Court ORDERS that:

Plaintiff Mercedes Bravo Motion to Compel and for Sanctions [D.E. 36] is **GRANTED**, as follows:

1. The Defendant Eden Isles Condominiums, Inc., must produce all minutes in its possession from 1988 to 2010, which it must deliver to the office of counsel for the Plaintiff, no later than 4:00 P.M. on June 11, 2010.

2. Such production must be accompanied by a verified statement from an authorized officer of the Defendant that a careful review of the offices and records of Eden Isles

Condominiums, Inc. was undertaken, and that the documents produced are all of the documents in the possession of Eden Isles Condominiums, Inc. of its condominium minutes from 1988 to 2010.

3. As the nondisclosure of such documents was not substantially justified and there were no other circumstances that would make an award unjust, pursuant to Rule 37(a)(5)(A), the Defendant shall pay Plaintiff Mercedes Bravo's attorneys' fees incurred in bringing his motion. To that end, this Court ORDERS Defendant EDEN ISLES CONDOMINIUMS, INC.. to pay Plaintiff three hours of attorney time at $350.00 per hour, for a total of One Thousand Fifty ($1,050.00) dollars. Such payment shall be made to the trust account of counsel for the Plaintiff, no later than 4:00 P.M. on June 11, 2010.

4. The Plaintiff has an enlargement until June 18, 2010 to respond to Defendants' Motions for Summary Judgment [D.E. #18 and D.E. #19]

DONE AND ORDERED in chambers, in Miami, Florida, this 7th day of June, 2010.

_____
CHRIS MCALILEY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Honorable Alan S. Gold
All Counsel of Record

2